# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW WEARY

NO. 2021 KW 0226

MAY 10, 2021

---

In Re:   Andrew Weary, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 00-CR5-79804.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

WRIT DENIED. See **State v. Wiley,** 2020-0403 (La. App. 1st Cir. 7/20/20), 2020 WL 4049862, writ denied, 2020-01254 (La. 3/9/21), 312 So.3d 582; **State ex rel. Clark v. Marullo,** 352 So.2d 223, 230 (La. 1977).

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT